JS-6

```
                    FILED
            CLERK, U.S. DISTRICT COURT

              Oct. 13, 2015

          CENTRAL DISTRICT OF CALIFORNIA
          BY:      SE       DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CASTRO,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:15-CV-04974-ODW-Ex<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon. Otis D. Wright, II]* |

On October 8, 2015, the Court entered an Order granting Defendant's Motion to Dismiss Complaint [Doc. No. 13], filed by defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), and dismissing all claims for relief in the Complaint without leave to amend.  Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

   1.   The Complaint is dismissed with prejudice;

   2.   Judgment is entered in favor of defendant Wells Fargo, and against plaintiff Juan Castro; and

1     3.     Plaintiff Juan Castro shall take and recover nothing in this action from
2 defendant Wells Fargo.

4 Dated:    October 13  , 2015      *[signature]*
5                                           HON. OTIS D. WRIGHT, II
                                              UNITED STATES DISTRICT JUDGE